IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SURF 9, LLC, | § |
| | § |
| Plaintiff, | §   Civil Action No. _____ |
| | § |
| v. | § |
| | §   Date:   December 1, 2014 |
| THE SPORTS AUTHORITY, INC. | § |
| EASTMAN FOOTWEAR GROUP, INC., | § |
| | § |
| Defendants. | § |

**COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL;
<u>INJUNCTIVE RELIEF REQUESTED</u>**

**PARTIES**

1.      Plaintiff Surf 9, LLC ("Surf 9") is a Florida limited liability company with its principal place of business at 16120 San Carlos Blvd., Unit 9, Fort Myers, Florida 33908. Surf 9 designs, manufactures, and distributes footwear, amongst other goods.

2.      Defendant The Sports Authority, Inc. ("TSA") is a Delaware corporation with its principal place of business at 1050 W. Hampden Ave, Englewood, Colorado 80110. On information and belief, TSA is a retailer of sporting goods, including footwear.

3.      Defendant Eastman Footwear Group, Inc. ("Eastman") is a New York corporation with its principal place of business at 34 West 33rd St., New York, New York 10001. On information and belief, Eastman manufactures goods for sale to consumers and is a supplier of said goods, including footwear, to TSA.

**JURISDICTION**

4.      This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 101, *et. seq.* This Court has jurisdiction over the subject matter of

this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over the defendants in this matter. The Court has general jurisdiction over TSA as TSA's principal place of business is in this District. On information and belief, this Court further has general and specific jurisdiction over TSA and Eastman as the parties have engaged in systematic and continuous business together in this District and as Eastman sold the accused products to TSA in this District. On information and belief, TSA has further sold the accused products at retail outlets in this District and sold and/or offered to sell the accused products online to customers in this District.

6. For the reasons set forth in the paragraph above, venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

## CAUSE OF ACTION

### The Patent

7. On November 19, 2013, United States Patent D 693,546, titled "Water Shoe," was duly and legally issued to John M. Chenciner (the "'546 patent"). The '546 patent discloses and claims a distinctive design for a water shoe. Surf 9 sells an embodiment of the patented design. The water shoe design, as depicted in Figure 2 of the '546 patent, is reproduced below. A true and correct copy of the '546 patent is attached as Exhibit A.



8. By assignment, Surf 9 owns all right, title and interest in and to the '546 patent, including but not limited to the right to enforce the '546 patent and collect damages for past

and future infringements.

## Count One
### (Infringement of U.S. Patent D 693,546 by TSA)

9. Surf 9 incorporates herein by reference each and every allegation in the preceding paragraphs.

10. TSA has sold and/or offered to sell products in the United States, including but not limited to Eastman's OXIDE Water Shoes, Riptide II Water Shoes, and Tide Water Socks (including but not limited to item numbers 24733326, 16508026, 24677186, 16508036), that incorporate Surf 9's patented design. TSA's sales and offers for sale of at least these water shoes infringe the '546 patent. Photographs of examples of infringing water shoes offered for sale by TSA are reproduced below.







11. The water shoe products sold by TSA are, in the eyes of the ordinary consumer, substantially the same – if not virtually identical – as the design set forth in the '546 patent, and infringe Surf 9's rights.

12. TSA has had both constructive and actual notice of the '546 patent and its application to infringing products under 35 U.S.C. § 287, including but not limited to Eastman's OXIDE Water Shoes, Riptide II Water Shoes, and Tide Water Socks, including through numerous oral and written communications between TSA, Surf 9 and related persons and entities, and including through TSA's knowledge of Surf 9's product embodying the design in the '546 patent, knowledge of Surf 9's pursuit of patent protection for the design, knowledge of the issuance of the '546 patent, and the marking of the '546 patent number on certain Surf 9 products. Despite this notice, TSA nevertheless sold and offered to sell products that infringe the '546 patent during the relevant times.

13. On information and belief, TSA is inducing and/or contributing to direct infringement of the '546 patent by others by actively instructing, assisting, and/or encouraging others to manufacture, use, and/or import products that incorporate the design set forth in the '546 patent, including but not limited to the OXIDE Water Shoes, Riptide II Water Shoes, and Tide Water Socks (item numbers 16508026, 24677186, 16508036) sold and/or offered to sell by TSA.

14. TSA's infringement of the '546 patent has been willful, deliberate, and in conscious disregard of Surf 9's patent rights, making this an exceptional case within the meaning of 35 U.S.C. §§ 284 and 285.

15. The infringement of the '546 patent by TSA will continue unless enjoined by

this Court. The infringing activities by TSA have caused and will continue to cause irreparable injury to Surf 9 to which there exists no adequate remedy at law.

16. As a result of TSA's deliberate and willful infringement of the '546 patent, Surf 9 has been damaged in an amount to be determined at trial.

17. TSA is liable to Surf 9 under 35 U.S.C. § 289 to the extent of TSA's total profit.

### Count Two
### (Infringement of U.S. Patent D 693,546 by Eastman)

18. Surf 9 incorporates herein by reference each and every allegation in the preceding paragraphs.

19. Eastman has made, used, sold, offered to sell, and/or imported water shoes that incorporate Surf 9's patented design, including but not limited to the OXIDE Water Shoes, Riptide II Water Shoes, and Tide Water Socks. Eastman's making, using, selling, offering to sell, and/or importation of its water shoes infringe the '546 patent. Surf 9 incorporates the photographs in Paragraph 10 of examples of infringing water shoes manufactured, used, sold, offered to sell, and/or imported by Eastman as if set forth below.

20. The water shoe products manufactured, used, sold, offered to sell, and/or imported by Eastman are, in the eyes of the ordinary consumer, substantially the same – if not virtually identical – as the design set forth in the '546 patent, and infringe Surf 9's rights.

21. Eastman has had both constructive and actual notice of the '546 patent and its application to infringing products under 35 U.S.C. § 287, including but not limited to Eastman's OXIDE Water Shoes, Riptide II Water Shoes, and Tide Water Socks, including through numerous oral and written communications between Eastman, Surf 9 and related persons and entities, and including through Eastman's knowledge of Surf 9's product embodying the design in the '546 patent, knowledge of Surf 9's pursuit of patent protection for the design, knowledge of the issuance of the '546 patent, and the marking of the '546 patent

number on certain Surf 9 products. Despite this notice, Eastman nevertheless sold and offered to sell products that infringe the '546 patent during the relevant times.

22. On information and belief, Eastman is inducing and/or contributing to direct infringement of the '546 patent by others by actively instructing, assisting, and/or encouraging others to use, sell and/or offer to sell products that incorporate the design set forth in the '546 patent, including but not limited to the to the OXIDE Water Shoe, Riptide II Water Shoes, and Tide Water Socks sold and/or offered to sell by TSA.

23. Eastman's infringement of the '546 patent has been willful, deliberate, and in conscious disregard of Surf 9's patent rights, making this an exceptional case within the meaning of 35 U.S.C. §§ 284 and 285.

24. The infringement of the '546 patent by Eastman will continue unless enjoined by this Court. The infringing activities by Eastman have caused and will continue to cause irreparable injury to Surf 9 to which there exists no adequate remedy at law.

25. As a result of Eastman's deliberate and willful infringement of the '546 patent, Surf 9 has been damaged in an amount to be determined at trial.

26. Eastman is liable to Surf 9 under 35 U.S.C. § 289 to the extent of Eastman's total profit.

**DEMAND**

WHEREFORE, Surf 9 requests that judgment be entered in its favor and against TSA and Eastman as follows:

A. Declaring that TSA and Eastman have infringed United States Patent D 693,546 pursuant to 35 U.S.C. § 271;

B. Issuing a permanent injunction enjoining TSA and Eastman, their officers, agents, subsidiaries and employees, and those in privity or in active concert with them, from further

activities that constitute infringement of United States Patent D 693,546 both within the State of Colorado and across the United States;

      C.     Ordering that an accounting be had for the profits, reasonable royalties, and/or other damages arising out of TSA and Eastman's infringement of United States Patent D 693,546, and that the damages be trebled and awarded to Surf 9, together with costs and prejudgment and post-judgment interest;

      D.     Ordering that the total profits of both TSA and Eastman earned for the manufacture and sale of the infringing products be awarded to Surf 9, pursuant to 35 U.S.C. § 289;

      E.     Entering judgment that this case is an "exceptional case" within the meaning of 35 U.S.C. § 285 and award reasonable attorney's fees to Surf 9; and

      F.     Awarding Surf 9 such other costs and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Surf 9 demands a trial by jury on all issues so triable.

DATED: December 1, 2014　　　　　Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:　/s/ Ian L. Saffer
　　　IAN L. SAFFER
　　　isaffer@kilpatricktownsend.com
　　　KEVIN M. BELL
　　　kbell@kilpatricktownsend.com
　　　Suite 600, 1400 Wewatta Street
　　　Denver, CO  80202
　　　Telephone:  303 571 4000
　　　Facsimile:   303 571 4321

　　　MICHAEL A. BERTELSON
　　　mbertelson@kilpatricktownsend.com
　　　Suite 2800, 1100 Peachtree Street
　　　Atlanta, GA  30309
　　　Telephone:  404 815 6291
　　　Facsimile:   404 541 3467

　　　Attorneys for PLAINTIFF
　　　SURF 9, LLC

66727281V.2

# EXHIBIT A

US00D693546S

(12) **United States Design Patent** (10) Patent No.: **US D693,546 S**
Chenciner (45) Date of Patent: ** Nov. 19, 2013

(54) **WATER SHOE**

(71) Applicant: **John M. Chenciner**, Sanibel, FL (US)

(72) Inventor: **John M. Chenciner**, Sanibel, FL (US)

(73) Assignee: **Surf 9, LLC**, Fort Myers, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/453,515**

(22) Filed: **Apr. 30, 2013**

(51) **LOC (9) Cl.** .................................................. **02-04**
(52) **U.S. Cl.**
    USPC ............................................ **D2/903**; D2/923
(58) **Field of Classification Search**
    USPC .......... D2/896, 900, 902, 903, 923, 943, 946,
    D2/969; 36/45, 8, 100, 88, 102, 112, 113,
    36/3 A, 3 R, 7.4, 11.5, 4, 87, 7.5
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,746,478 | A | * | 2/1930 | Howland | 36/8.1 |
| D309,821 | S | | 8/1990 | Miller | |
| D321,084 | S | | 10/1991 | Miller et al. | |
| D324,759 | S | | 3/1992 | Miller | |
| D326,177 | S | | 5/1992 | Miller et al. | |
| D334,275 | S | | 3/1993 | Miller et al. | |
| D336,767 | S | * | 6/1993 | Hatfield et al. | D2/969 |
| D342,145 | S | | 12/1993 | Yeh | |
| D342,369 | S | | 12/1993 | Lamson | |
| D345,458 | S | | 3/1994 | Lacoraza et al. | |
| D348,977 | S | | 7/1994 | Koh | |
| D378,161 | S | | 2/1997 | Waff | |
| D379,112 | S | | 5/1997 | McDonald | |
| D384,490 | S | | 10/1997 | Bryant | |
| 5,678,325 | A | | 10/1997 | Davidowitz et al. | |
| D390,694 | S | | 2/1998 | Lozano | |
| D397,545 | S | | 9/1998 | Davidowitz et al. | |
| D402,795 | S | | 12/1998 | Moll et al. | |
| D424,291 | S | | 5/2000 | Matis | |
| D424,796 | S | | 5/2000 | Matis | |
| D425,290 | S | | 5/2000 | Matis | |
| D425,692 | S | * | 5/2000 | Matis | D2/969 |
| D428,238 | S | | 7/2000 | Price | |
| D428,692 | S | * | 8/2000 | Haas-Chronis | D2/969 |
| D431,349 | S | | 10/2000 | Matis | |
| D431,711 | S | * | 10/2000 | Matis et al. | D2/969 |
| D436,431 | S | | 1/2001 | Agnew | |
| D446,385 | S | | 8/2001 | MacLeod | |

(Continued)

OTHER PUBLICATIONS

amazon.com. Aquatik Men & Women Aqua Water Shoes—Beach Shoes with Lace Fit System. Website, http://www.amazon.com, 1 total page, originally downloaded Jun. 17, 2013.

(Continued)

*Primary Examiner* — Robert M Spear
*Assistant Examiner* — Rashida C McCoy
(74) *Attorney, Agent, or Firm* — Craig R. Miles; CR Miles, P.C.

(57) **CLAIM**

I claim the ornamental design for a water shoe, as shown and described.

**DESCRIPTION**

FIG. **1** is a top and left side perspective of a water shoe, embodying my new design;
FIG. **2** is a right side elevation view thereof;
FIG. **3** is a left side elevation view thereof;
FIG. **4** is a front elevation view thereof;
FIG. **5** is a rear elevation view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines shown are included for the purpose of illustrating the unclaimed portions of the article and form no part of the claim.

**1 Claim, 6 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D447,860 S | 9/2001 | Matis et al. |
| D448,149 S | 9/2001 | Matis et al. |
| D450,180 S | 11/2001 | Matis et al. |
| D450,913 S | 11/2001 | Banik et al. |
| D458,442 S | 6/2002 | Matis |
| D459,575 S | 7/2002 | Garcia |
| D461,040 S | 8/2002 | Urie et al. |
| D473,700 S | 4/2003 | Adreliunas et al. |
| D476,796 S | 7/2003 | Meza et al. |
| D480,540 S | 10/2003 | Hoyt et al. |
| D496,149 S | 9/2004 | Belley et al. |
| D498,901 S | 11/2004 | Hawker et al. |
| D512,828 S | 12/2005 | Kubo et al. |
| 7,107,702 B1 | 9/2006 | Chavez |
| D562,533 S | 2/2008 | Keen |
| D592,839 S | 5/2009 | Reyes |
| D648,103 S | 11/2011 | Chionna |
| D649,751 S | 12/2011 | Lonigan |
| D657,941 S | 4/2012 | Bramani et al. |
| D664,753 S | 8/2012 | Santos |
| D672,940 S | 12/2012 | Zweiback |
| D677,450 S | 3/2013 | Amphyon |
| 2004/0074108 A1 | 4/2004 | Shikhashvili |

### OTHER PUBLICATIONS

ACK. Adidas Jawpaw II Water Shoe. On-line catalog, http://austinkayak.com, 1 total page, originally downloaded May 10, 2013.
Blain's Farm & Fleet. Bogs Women's Malibu Aqua Sock. On-line catalog, http://www.farmandfleet.com, 1 total page, originally downloaded May 10, 2013.
Eastbay. Nike ACG Aqua Sock Classic. On-line catalog, http://www.eastbay.com, 1 total page, originally downloaded May 10, 2013.
Ebay.NWT Speedo water shoes. Website, http://www.ebay.com, 1 total page, originally downloaded Jun. 17, 2013.
Everything Summercamp. Northside Concorde Youth Water Shoe. On-line catalog, http://www.everythingssummercamp.com, 1 total page, originally downloaded Jun. 17, 2013.
Frisky Shoes. Aquatic Shoes—Girls. On-line catalog, http://www.friskyshoes.com, 1 total page, originally downloaded Jun. 17, 2013.
Google. Aqua Sock: Womens Water Shoes Aqua Socks Pool Beach Yoga. Website, http://www.google.com, 1 total page, originally downloaded May 10, 2013.
Google. Water Shoe: Blue Fin Noodlin Water Shoes/Aqua Socks. Website, http://www.google.com, 1 total page, originally downloaded May 10, 2013.
Great Sandals. Boys/Girls Teva Nilch Water Shoes. On-line catalog, http://www.greatsandals.com, 1 total page, originally downloaded May 10, 2013.
iSNORKEL.COM. Warmer Shoreline women's water shoes. On-line catalog, http://www.isnorkel.com, 1 total page, originally downloaded May 10, 2013.
Kmart. Athletech Women's Maritime Aqua Sock. On-line catalog, http://www.kmart.com, 1 total page, originally downloaded May 10, 2013.
Metro Swim Shop. Aqua Sphere Lisbona Water Shoes. On-line catalog, http://www.metroswimshop.com, 1 total page, originally downloaded Jun. 17, 2013.
Polyvore. Aquatik Men & Women Aqua Water Shoes. On-line catalog, http://www.polyvore.com, 1 total page, originally downloaded Jun. 17, 2013.
shoebuy.com. Women's Cudas Flatwater. On-line catalog, http://www.shoebuy.com, 1 total page, originally downloaded May 10, 2013.
shoebuy.com. Women's Cudas Logan. On-line catalog, http://www.shoebuy.com, 1 total page, originally downloaded May 10, 2013.
shoebuy.com. Women's Easy USA Water Shoes/Aqua Socks. On-line catalog, http://www.shoebuy.com, 1 total page, originally downloaded May 10, 2013.
Sierra Trading Post. Body Glove Riptide 2 Water Shoes. On-line catalog, http://www.sierratradingpost.com, 1 total page, originally downloaded May 10, 2013.
swimtowin.com. Speedo Surfwalker Extreme Water Shoe. On-line catalog, http://www.swimtowin.com, 1 total page, originally downloaded Jun. 17, 2013.
Swimwear Shack. Speedo Surfwalker Zip Shoe. On-line catalog, http://www.swimwearshack.com.au, 1 total page, originally downloaded Jun. 17, 2013.
The House Outdoor Gear. Rafters Malibu Water Shoes. On-line catalog, http://www.the-house.com, 1 total page, originally downloaded May 10, 2013.
Wanelo. Amazon.com: Aquatik Men & Women Aqua Water Shoes—Beach Shoes with Drawstring Closure. On-line catalog, http://www.wanelo.com, 1 total page, originally downloaded Jun. 17, 2013.
West Marine. West Marine Unisex Strappy Aqua Socks. On-line catalog, http://www.westmarine.com, 1 total page, originally downloaded May 10, 2013.
XBStore. Aquatic Pool Beach/surf Adjustable Slip-On Shoes. On-line catalog, http://www.xbstore.com, 2 total pages, originally downloaded Jun. 17, 2013.
zappos.com O'Neill Reactor Reef Boot. On-line catalog, http://www.zappos.com, 1 total page, originally downloaded May 10, 2013.
zappos.com Speedo Shore Cruiser II. On-line catalog, http://www.zappos.com, 1 total page, originally downloaded May 10, 2013.
zappos.com Teva Nilch. On-line catalog, http://www.zappos.com, 1 total page, originally downloaded May 10, 2013.
zappos.com Roxy Gamechanger Reefwalker Surf Booties. On-line catalog, http://www.zappos.com, 1 total page, originally downloaded May 10, 2013.
Google. New Mens Slip on Water Pool Beach Shoes Aqua Socks. Website, http://www.google.com, 2 total pages, originally downloaded Jun. 19, 2013.
Sports Authority, www.sportsauthority.com/home, sales website home page, downloaded Apr. 26, 2013, pp. 1-2.
Sports Authority, www.sportsauthority.com/product, sales website Oxide Women's Riptide II Water Shoes product page, downloaded Apr. 26, 2013, pp. 1-2.
Sports Authority, www.sportsauthority.com/product, sales website Mens Boating Shoes product page, downloaded Apr. 26, 2013, pp. 1-3.
Sports Authority, www.sportsauthority.com/product, sales website Women's Water Shoes product page, view as of Feb. 3, 2013 by way of WayBackMachine, pp. 1-2.
Sports Authority, www.sportsauthority.com/product, sales website Men's Water Shoes product page, view as Feb. 14, 2013 by way of WayBackMachine, pp. 1-2.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

FIG. 4



FIG. 5



FIG. 6



FIG. 7