IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03260-KLM

SURF 9, LLC,

      Plaintiff,

v.

THE SPORTS AUTHORITY, and
EASTMAN FOOTWEAR GROUP, INC.,

      Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#28] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#28-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: April 28, 2015