IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03260-REB-KLM

SURF 9, LLC,

    Plaintiff,

v.

THE SPORTS AUTHORITY, and
EASTMAN FOOTWEAR GROUP, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [#43][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**. The Scheduling Order [#36], entered on May 5, 2015, is amended to extend the following deadlines:

| | |
|---|---|
| • Deadline to serve Infringement Contentions, Claim Charts, and produce accompanying documents | **June 16, 2015** |
| • Deadline to serve Response to Infringement Contentions, Claim Charts, and produce accompanying documents | **July 28, 2015** |
| • Deadline to serve Invalidity Contentions, Claim Charts, and produce accompanying items of prior art | **July 28, 2015** |
| • Deadline to serve Response to Invalidity Contentions, Claim Charts, and produce | **September 8, 2015** |

---

[1] "[#43]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

|   |   |   |
|---|---|---|
| | accompanying items of prior art[2] | |
| • | Deadline for parties to exchange list of claim limitations to be construed and proposed construction | **October 6, 2015** |
| • | Deadline to file Joint Disputed Claim Limitation Chart | **November 3, 2015** |
| • | Deadline to file opening Claim Construction brief and all supporting evidence | **December 1, 2015** |
| • | Deadline to file Response to opening Claim Construction brief and all supporting evidence | **December 22, 2015** |
| • | Deadline to file reply brief in support of opening Claim Construction brief | **January 12, 2016** |
| • | Month for claim construction hearing | **March 2016** |

Dated:  May 14, 2015

---

[2]  The Motion appears to have accidentally omitted the word "Response."  *Motion* [#43] at 2.  However, the Court understands that an extension of this deadline is requested based on the date provided in the Motion.  *Id.*