IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03260-REB-KLM

SURF 9, LLC,

    Plaintiff,

v.

THE SPORTS AUTHORITY, and
EASTMAN FOOTWEAR GROUP, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [#47] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**. The Scheduling Order is amended to extend the following deadlines: (1) The deadline to respond to infringement contentions and produce accompany documents is extended to **August 27, 2015**. (2) The deadline to submit invalidity contentions and claims charts and produce accompanying items of prior art is extended to **August 27, 2015**. (3) The deadline to submit invalidity contentions and claim charts and produce accompanying documents is extended to **October 8, 2015**. (4) The deadline to exchange list of claim limitations to be construed and proposed construction is extended to **November 5, 2015**. (5) The deadline to submit the joint disputed claim limitation chart is extended to **December 3, 2015**. (6) The deadline to submit opening claim construction brief and supporting evidence is extended to **December 31, 2015**. (7) The deadline to respond to the opening claim construction brief and supporting evidence is extended to **January 21, 2016**. (8) The deadline to submit a reply brief in support of the opening claim construction brief is extended to **February 11, 2016**. (9) The two-hour claim construction hearing shall be held in or around **April 2016**.

    Dated: July 20, 2015