## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  14-cv-03260-REB-KLM

SURF 9, LLC,

      Plaintiff,

v.

TSA STORES, INC., and
EASTMAN FOOTWEAR GROUP, INC.,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulation of Dismissal with Prejudice** [#56][1] filed

October 2, 2015.  After careful review of the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal with Prejudice** is approved;

    2.  That all pending pretrial deadlines are vacated; and

    3.  That this action is dismissed with prejudice with the parties to pay their own

attorney fees and costs.

---

[1]  "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated October 5, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge